1008

[Nos. 47611-8-II; 47171-0-II;    Division Two.   July 19, 2016.]
       47621-5-II.

THE STATE OF WASHINGTON, *Respondent*, v. COREAN OMARUS BARNES, *Appellant*.

*In the Matter of the Personal Restraint of* COREAN OMARUS BARNES, *Petitioner*.

Appeal from a judgment of the Superior Court for Clallam County, No. 08-1-00340-9, Kenneth D. Williams, J. Pro Tem., entered May 20, 2015, together with petitions for relief from personal restraint. Judgment *affirmed* and petitions *denied* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 47642-8-II.   Division Two.   July 19, 2016.]

JAMES JOHNSTON ET AL., *Appellants*, v. HIDDEN COVE PROPERTY OWNERS ASSOCIATION LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-2-00174-3, Jennifer A. Forbes, J., entered April 30, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson and Melnick, JJ.

[Nos. 47962-1-II; 47969-9-II.   Division Two.   July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY SIMMONS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JOANNE SIMMONS, *Appellant*.

Appeals from a judgment of the Superior Court for Lewis County, No. 12-1-00675-4, Nelson E. Hunt, J., entered July 21, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Melnick and Sutton, JJ.